UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

**FILED**

**Jun 26, 2013**

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

IN RE: STRYKER REJUVENATE AND ABG II
HIP IMPLANT PRODUCTS LIABILITY
LITIGATION                                                              MDL No. 2441

(SEE ATTACHED SCHEDULE)

**CONDITIONAL TRANSFER ORDER (CTO −1)**

On June 12, 2013, the Panel transferred 28 civil action(s) to the United States District Court for the
District of Minnesota for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C.
§1407. *See* _F.Supp.2d_ (J.P.M.L. 2013). Since that time, no additional action(s) have been
transferred to the District of Minnesota. With the consent of that court, all such actions have been
assigned to the Honorable Donovan W Frank.

It appears that the action(s) on this conditional transfer order involve questions of fact that are
common to the actions previously transferred to the District of Minnesota and assigned to Judge
Frank.

Pursuant to Rule 7.1 of the Rules of Procedure of the United States Judicial Panel on Multidistrict
Litigation, the action(s) on the attached schedule are transferred under 28 U.S.C. §1407 to the
District of Minnesota for the reasons stated in the order of June 12, 2013, and, with the consent of
that court, assigned to the Honorable Donovan W Frank.

This order does not become effective until it is filed in the Office of the Clerk of the United States
District Court for the District of Minnesota. The transmittal of this order to said Clerk shall be
stayed 7 days from the entry thereof. If any party files a notice of opposition with the Clerk of the
Panel within this 7−day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is
pending at this time, the
stay is lifted.

Jun 26, 2013

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

A true copy in ____4____ sheet(s)
of the record in my custody,
CERTIFIED, June 26, 20 13.
Richard D. Sletten, Clerk

BY: _____
Deputy Clerk

**IN RE: STRYKER REJUVENATE AND ABG II
HIP IMPLANT PRODUCTS LIABILITY
LITIGATION**                                    MDL No. 2441

## SCHEDULE CTO−1 − TAG−ALONG ACTIONS

| **DIST** | **DIV.** | **C.A.NO.** | **CASE CAPTION** |
|---|---|---|---|

### ALABAMA NORTHERN

| ALN | 2 | 13−00730 | Davis v. Howmedica Osteonics Corporation  *13cv1577* |

### ARIZONA

| AZ | 2 | 13−00783 | Rodriguez et al v. Howmedica Osteonics Corporation *13cv1578* |
| AZ | 2 | 13−00909 | Perala et al v. Stryker Corporation et al  *13cv1579* |

### ARKANSAS EASTERN

| ARE | 4 | 13−00112 | Davis et al v. Howmedica Osteonics Corporation *13cv1580* |
| ARE | 4 | 13−00113 | Hogan et al v. Howmedica Osteonics Corporation *13cv1581* |
| ARE | 4 | 13−00114 | Saunders et al v. Howmedica Osteonics Corporation *13cv1582* |
| ARE | 4 | 13−00115 | Qualls et al v. Howmedica Osteonics Corporation *13cv1583* |
| ARE | 4 | 13−00127 | Torbett et al v. Howmedica Osteonics Corporation *13cv1584* |
| ARE | 4 | 13−00128 | Reaves et al v. Howmedica Osteonics Corporation *13cv1585* |
| ARE | 4 | 13−00129 | Tobias v. Howmedica Osteonics Corporation *13cv1586* |
| ARE | 4 | 13−00188 | Keisler v. Howmedica Osteonics Corporation *13cv1587* |
| ARE | 4 | 13−00189 | Bausom et al v. Howmedica Osteonics Corporation *13cv1588* |
| ARE | 4 | 13−00190 | Clemons et al v. Howmedica Osteonics Corporation *13cv1589* |
| ARE | 4 | 13−00191 | Miller et al v. Howmedica Osteonics Corporation *13cv1590* |
| ~~ARE~~ | ~~4~~ | ~~13−00198~~ | ~~Williams v. Howmedica Osteonics Corporation~~   Vacated 06/19/13 |
| ARE | 4 | 13−00200 | Lybrand v. Howmedica Osteonics Corporation et al *13cv1591* |
| ARE | 4 | 13−00222 | King et al v. Howmedica Osteonics Corporation *13cv1592* |
| ARE | 4 | 13−00223 | Wilson et al v. Howmedica Osteonics Corporation *13cv1593* |
| ARE | 4 | 13−00226 | Gaines et al v. Howmedica Osteonics Corporation *13cv1594* |
| ARE | 4 | 13−00227 | Langston et al v. Howmedica Osteonics Corporation *13cv1595* |
| ARE | 4 | 13−00239 | McClendon et al v. Howmedica Osteonics Corporation *13w1596* |
| ARE | 4 | 13−00240 | Dressler et al v. Howmedica Osteonics Corporation *13cv1597* |
| ARE | 4 | 13−00241 | Pruett et al v. Howmedica Osteonics Corporation *13cv1598* |
| ARE | 4 | 13−00242 | Frederick et al v. Howmedica Osteonics Corporation *13cv1599* |
| ARE | 4 | 13−00255 | Ball v. Howmedica Osteonics Corporation et al *13cv1600* |
| ARE | 4 | 13−00308 | Lemmonds v. Howmedica Osteonics Corporation *13cv1601* |

ARE    5    13−00116    Gladden v. Howmedica Osteonics Corporation 13cv1602

## ARKANSAS WESTERN

ARW    4    13−04039    Bounds et al v. Howmedica Osteonics Corporation 13cv1603
ARW    6    13−06040    Hawley v. Howmedica Osteonics Corporation 13cv1605

## CALIFORNIA CENTRAL

CAC    8    13−00724    Maureen Redfield v. Howmedica Osteonics 13cv1607 Corporation et al

## CALIFORNIA EASTERN

CAE    2    13−00690    Petersen et al v. Howmedica Osteonics Corp. d/b/a 13cv1609 Stryker Orthopaedics

## CALIFORNIA NORTHERN

CAN    3    13−01545    Berg et al v. Howmedica Osteonics Corporation 13cv1611
CAN    3    13−01547    Anders et al v. HowMedica Osteonics Corp. 13cv1613
CAN    3    13−01548    Schulz v. HowMedica Osteonics Corp. 13cv1615
CAN    3    13−01549    Sadowski v. HowMedica Osteonics Corp. 13cv1617
CAN    3    13−01550    Brown et al v. HowMedica Osteonics Corp. 13cv1619
CAN    3    13−01551    Chaney et al v. HowMedica Osteonics Corp. 13cv1621
CAN    3    13−01552    Dahlgren et al v. HowMedica Osteonics Corp. 13cv1622
CAN    3    13−01556    Davis v. HowMedica Osteonics Corp. 13cv1624
CAN    3    13−01557    Dreyfus et al v. HowMedica Osteonics Corp. 13cv1626
CAN    3    13−01558    Martin v. HowMedica Osteonics Corp. 13cv1628
CAN    3    13−01559    Rucker v. HowMedica Osteonics Corp. 13cv1631

## GEORGIA MIDDLE

GAM    5    13−00088    WILKERSON v. STRYKER CORPORATION et al 13cv1632

## ILLINOIS NORTHERN

ILN    1    13−02899    Berg v. Howmedica Osteonics Corporation 13cv1634
ILN    1    13−03396    Turpin v. Howmedica Osteonics Corporation 13cv1636
ILN    1    13−03397    Schuetz v. Howmedica Osteonics Corporation, d/b/a 13cv1638 Stryker Orthopaedics
ILN    1    13−03398    Bezely v. Howmedica Osteonics Corporation 13cv1639
ILN    1    13−03539    Wolford v. Howmedica Osteonics Corporation 13cv1640
ILN    1    13−03757    Staggs v. Howmedica Osteonics Corporation 13cv1641
ILN    1    13−03934    Chivari v. Howmedica Osteonics Corporation 13cv1642

## LOUISIANA EASTERN

LAE    2    13−00523    Castay v. Stryker Corporation et al 13cv1643
LAE    2    13−04751    Washington v. Stryker Corporation et al 13cv1644

## MISSISSIPPI SOUTHERN

| MSS | 2 | 13−00007 | Harden v. Howmedica Osteonics Corp. 13 cv 1604 |

**NEW JERSEY**

| NJ | 2 | 13−02030 | ~~TEOLI v. HOWMEDICA OSTEONICS CORPORATION~~ Vacated 06/26/13 |
| NJ | 2 | 13−02476 | WEISBERG et al v. HOWMEDICA OSTEONICS CORPORATION 13 cv 1606 |
| NJ | 2 | 13−02477 | MARINELLO et al v. HOWMEDICA OSTEONICS CORPORATION 13cv 1608 |
| NJ | 2 | 13−02480 | NICOLETTI et al v. HOWMEDICA OSTEONICS CORPORATION 13cv 1610 |
| NJ | 2 | 13−02481 | RANZENHOFER v. HOWMEDICA OSTEONICS CORPORATION 13 cv 1612 |
| NJ | 2 | 13−02482 | WOODHULL v. HOWMEDICA OSTEONICS CORPORATION 13cv 1614 |
| NJ | 2 | 13−02599 | HUXHOLD et al v. HOWMEDICA OSTEONICS CORPORATION 13cv 1616 |
| NJ | 2 | 13−03168 | LITTLE et al v. HOWMEDICA OSTEONICS CORPORATION 13 cv 1618 |
| NJ | 2 | 13−03169 | BEANBLOSSOM v. HOWMEDICA OSTEONICS CORPORATION 13cv 1620 |
| NJ | 2 | 13−03223 | HILLARD v. HOWMEDICA OSTEONICS CORPORATION 13cv 1625 |
| NJ | 2 | 13−03224 | TORRES v. HOWMEDICA OSTEONICS CORPORATION 13cv 1627 |
| NJ | 2 | 13−03225 | DUROCHER v. HOWMEDICA OSTEONICS CORPORATION 13cv 1629 |

**NEW YORK EASTERN**

| NYE | 1 | 13−02255 | Barcliff v. Howmedica Osteonics Corporation 13cv 1630 |

**NEW YORK SOUTHERN**

| NYS | 7 | 13−03001 | Brown et al v. Stryker Corporation et al 13cv 1633 |

**OHIO NORTHERN**

| OHN | 3 | 13−01068 | Cramer v. Stryker Corporation et al 13cv 1635 |

**WEST VIRGINIA SOUTHERN**

| WVS | 2 | 13−04773 | Holly v. Howmedica Osteonics Corporation 13cv 1637 |